AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 1 2 2014

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rodrigo CHICO-Rodriguez | ) | Case No. M-14-1987-M |
| Mexican Citizen, YOB: 1988 | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 11, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(g)(5)(A) | The Defendant being then and there an alien who is illegally or unlawfully in the United States did knowingly possess, or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, to wit: one (1) Colt M4 Carbine, 5.56mm rifle, serial number: LE308727, (1) Romarm, WASR-10, 7.62x39mm rifle, serial number: A1891913RO, (1) Berretta FS92, 9mm pistol, serial number: A025887Z, (260) rounds of 5.56 ammuntion, and (50) rounds of 7.62x39mm ammuntion. |

This criminal complaint is based on these facts:
See Attached.

☑ Continued on the attached sheet.

_George W. Lopez_
Complainant's signature

George Lopez, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: October 12, 2014 4:10 pm

_Peter Ormsby_
Judge's signature

Peter Ormsby, U.S. Magistrate Judge
Printed name and title

City and state: __McAllen, Texas__

## Attachment A

On October 11, 2014, Homeland Security Investigations (HSI) special agents (SAs) working jointly with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) were conducting surveillance in McAllen, TX. HSI and ATF SAs observed three (3) unidentified individuals carrying firearms and walking towards a parking lot. A HSI SA observed one (1) of the individuals, later identified as Rodrigo CHICO-Rodriguez, carrying an AR-15 rifle walk towards a gray vehicle. HSI and ATF SAs initiated surveillance on the vehicle and followed it to a parking lot located near a business. Special agents approached CHICO-Rodriguez and the other occupant of the vehicle.

During a non-custodial field interview, CHICO-Rodriguez told SAs that he was a convicted felon and undocumented alien and that he was accompanying his friends to the gun show so that they could purchase firearms.

Special agents transported CHICO-Rodriguez to the ATF McAllen field office for an interview.

HSI and ATF SAs advised CHICO-Rodriguez of his Miranda Rights and provided a him written Miranda waiver form in the Spanish language. CHICO-Rodriguez waived his rights, signed the form, and agreed to speak with ATF and HSI SAs.

CHICO-Rodriguez made the following statements in sum and non-verbatim:

- He stated he provided approximately $1200 to Ismael RETA to purchase an AK-47 rifle, Berretta Pistol, and AK-47 magazines for him.
- He stated he could not purchase the weapons himself because he is illegally in the United States and knew he was prohibited from purchasing firearms.
- He admitted to being a citizen of Mexico with no legal documents to enter or reside in the United States.
- He stated he had previously been deported from the United States to Mexico.

_____
George Lopez, Special Agent

Sworn to before me and signed in my presence.

Date: _____    _____
Peter Orsmby
United States Magistrate Judge

City and State: McAllen, TX